IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott A. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Sierra Coast Investments, Inc.,<br>Individually and d/b/a<br>Stonebrooks Restaurant,<br><br>        Defendant.<br>_____ | 2:10-cv-00961-GEB-KJN<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(m) NOTICE |

Plaintiff's Status Report filed July 25, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for August 9, 2010, is continued to November 1, 2010 at 9:00 a.m.  A further joint status report shall be filed no later than (14 days prior).[1]

Further, Plaintiff is **notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant in this action unless Plaintiff provides proof of service**

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

1  **and/or "shows good cause for the failure" to serve within this**
2  **prescribed period in a filing due no later than 4:00 p.m. on August 20,**
3  **2010.**
4        IT IS SO ORDERED.
5  Dated: July 30, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge